

**ORDERED in the Southern District of Florida on June 28, 2016.**

**Laurel M. Isicoff, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

**JOSE RAMON CARVAJAL**,              Case No.: 16-12443-LMI
                                       Chapter 13

      Debtor.
_____/

**ORDER GRANTING EMERGENCY MOTION FOR SANCTIONS RELATING TO A VIOLATION OF AUTOMATIC STAY AND MOTION FOR IMPOSING SANCTIONS PURSUANT TO 11 U.S.C. § 105(A) AND FAIR DEBT COLLECTION PRACTICES ACT 15 U.S.C. § 1692D AND 15 U.S.C. § 1692E**

THIS CAUSE having come before the Court at 1:30 PM. on the June 20, 2016 upon the

Debtor's EMERGENCY MOTION FOR SANCTIONS RELATING TO A VIOLATION OF

AUTOMATIC STAY AND MOTION FOR IMPOSING SANCTIONS PURSUANT TO 11

U.S.C. § 105(A) AND FAIR DEBT COLLECTION PRACTICES ACT 15 U.S. CODE § 1692D

AND 15 U.S. CODE § 1692E (sic) (ECF #45) and this Court being duly advised in the premises, and for the reasons stated on the record, the Court finds that the actions taken by Alexander Karavias and BLACK011, LLC by and through its agents, including Alexander Karavias, have clearly violated the automatic stay provisions of the United States Bankruptcy Code. It is therefore ORDERED as follows:

1. Alexander Karavias and BLACK011 FLORIDA, LLC are jointly and severally liable for attorney fees, and punitive damages for the violation of the automatic stay pursuant to 11 U.S.C. § 362 totaling $27,100.00, and calculated as follows:

    a. Mendez Law Offices, PLLC shall receive $2,100.00 in reasonable attorney's fees, to be paid to "Mendez Law Offices, PLLC."

    b. Jose Ramon Carvajal shall receive $25,000.00 as punitive damages for the stay violation, to be paid to "Mendez Law Offices, PLLC IOTA."

2. Furthermore, Alexander Karavias, BLACK011 FLORIDA, LLC, and any and all agents, employees, partners, associates, designees of Alexander Karavias, BLACK011 FLORIDA, LLC and SOHEL DISTRIBUTORS NY, LLC shall immediately CEASE AND DESIST all contact with the Debtor. The prohibited contact includes, but is not limited to, telephone calls, text messages, email messages, letters, personal contact either directly and/or through any person anywhere where the Debtor is located.

3. Should either Alexander Karavias or BLACK011, LLC or anyone acting on their behalf continue to violate the automatic stay, they shall be jointly and severally liable for each such violation (meaning each email or each phone call etc.), as follows:

    a. a $25,000.00 sanction payable to the United States Bankruptcy Court Southern District of Florida for each instance of contact, which contact constitutes a violation of this ORDER, and;

    b. a $25,000.00 punitive damage award to the Debtor for each instance of contact, and;

    c. Further attorney's fees and costs associated with the enforcement of this ORDER.

4. The $27,100.00 due in accordance with paragraph 1 of this ORDER must be paid within 14 (fourteen) days of the issuance of this ORDER. Failure to make timely payment shall result in sanctions of $25,000.00 for failing to comply with the terms of this Order.

5. Payment shall be made to Mendez Law Offices, PLLC, 3750 NW 87th Ave, Suite 280, Doral, FL 33178.

### # # #

Attorney Diego G. Mendez is directed to serve copies of this order on Alexander Karavias, BLACK011, LLC and all interested parties and to file a certificate of service.