

ORDERED in the Southern District of Florida on July 27, 2016.

_____
                              **Laurel M. Isicoff, Judge**
                            **United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
Miami Division

In re:

**JOSE RAMON CARVAJAL**,                   Case No.: 16-12443-LMI
                                                                  Chapter 13

        Debtor.
_____/

## ORDER GRANTING AMENDED EMERGENCY MOTION TO RECONSIDER ORDER GRANTING EMERGENCY MOTION FOR SANCTIONS RELATING TO A VIOLATION OF AUTOMATIC STAY AND FOR IMPOSING SANCTIONS PURSUANT TO 11 U.S.C. § 105(A) AND FAIR DEBT COLLECTION PRACTICES ACT 15 U.S.C. § 1692D AND 15 U.S.C. § 1692E

      This Court, on July 18, 2016, having considered the Amended Emergency Motion filed by Spyros Alexander Karavias a/k/a Alexander Karavias, and Black011 Florida, LLC (hereinafter "the Amended Emergency Motion"), seeking reconsideration of the Order Granting Emergency Motion For Sanctions Relating To A Violation Of Automatic Stay And For Imposing Sanctions Pursuant To 11 U.S.C. § 105(A) and Fair Debt Collection Practices Act 15 U.S.C. § 1692d and 15 U.S.C. § 1692e (ECF #51) (the "Order of Sanctions") (DE 59), having heard the

argument of counsel in support and opposition thereto, and based on this Court's knowledge of the file, it is hereby,

**ORDERED AND ADJUDGED** as follows:

1. The Amended Emergency Motion to Reconsider is hereby GRANTED on the basis that the Court finds that the named parties were not properly served and denied their due process rights;

2. The Order of Sanctions is set aside; and

3. The Court has ordered the parties to have the Debtor's Emergency Motion for Sanctions set for an evidentiary hearing on August 23, 2016, at 9:30 am, in accordance with this Court's Order dated July 20, 2016.

###

Copies furnished to:

 Attorney Michael J. Reppas, Esq. shall serve a conformed copy of this order upon all interested parties and shall file a Certificate of Service of same with the Clerk of the Court.