UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

**JOSE RAMON CARVAJAL**,                    Case No.: 16-12443-LMI
                                             Chapter 13

                    Debtor.
_____/

## MOTION FOR RELIEF FROM STAY

**COME NOW,** BLACK011 FLORIDA, LLC ("Black011"), misidentified by the

Debtor, JOSE RAMON CARVAJAL, as a creditor in this action, by and through its

undersigned attorneys and pursuant to 11 USCS § 362(d) and Rule 4000-1 of the Local

Rules of the United States Bankruptcy Court for the Southern District of Florida, hereby

files this Motion For Relief From Stay in response to the Chapter 13 Petition for

Bankruptcy filed by the Debtor, and in support hereof would show the Court as follows:

## FACTUAL BACKGROUND

I.    DEBTOR'S CHAPTER 13 VOLUNTARY PETITION CONTAINS BUSINESS
      DEBT NOT ELIGIBLE FOR CHAPTER 13 RELIEF

1.    On February 23, 2016, JOSE RAMON CARVAJAL ("Debtor")

individually filed the Chapter 13 Voluntary Petition (ECF #1).

2.    Schedule E/F of the Debtor's Chapter 13 Voluntary Petition expressly

stated and asserted that Black011 was a creditor of the Debtor. (ECF #8).

3.    Black011 is not a creditor of the Debtor. (ECF #59, and attached

**EXHIBIT A**  at ¶ 8).

4.      Black011 had business transactions with Gables Cellular Phones, Inc., a Florida corporation, from 2013 to the present. (ECF #59, and attached **EXHIBIT A** at ¶ 9).

5.      The debt that is listed by the Debtor in Schedule E/F to Black011wrongly reflects that the Debtor personally incurred a debt to Black011. (ECF #8).

6.      The debt to Black011 reflected by the Debtor in Schedule E/F was in fact incurred by Gables Cellular Phones, Inc., and was not personally guaranteed, personally cosigned, or otherwise incurred by the individual Debtor. (ECF #59, and attached **EXHIBIT A**  at ¶ 10).

7.       Gables Cellular Phones, Inc. is not a part of these Chapter 13 bankruptcy proceedings and there is no co-debtor in this proceeding.

8.      Gables Cellular Phones, Inc. is a separate legal entity that cannot receive Chapter 13 relief.

9.      The amount of pre-petition debt owed by Gables Cellular Phones, Inc. to Black011 is no less than $7,301.95.

10.      Black011 asserts that it has demonstrated sufficient cause, pursuant to 11 USCS § 362(d)(1), to entitle it to relief from the automatic stay so that it can pursue litigation in state court against Gables Cellular Phones, Inc. for the business debts owed to it.

II.     GABLES CELLULAR PHONES, INC.'S PROCEDURAL HISTORY IN
        MIAMI-DADE COUNTY AND CIRCUIT COURTS

        (A)     *Prather v. Gables Cellular Phones, Inc*

        11.     On or about July 18, 2014, a civil lawsuit was filed in the Miami-Dade County Court against Gables Cellular Phones, Inc., to wit: *Prather v. Gables Cellular Phones, Inc*., Fla. 11th Cir., Miami-Dade County Case No.: 14-13570 SP 05 (08) (hereinafter referred to as the "Prather Civil Suit").   A true and correct copy of the Statement of Claim is attached hereto and marked as **COMPOSITE EXHIBIT B**.

        12.     The Prather Civil Suit sought damages for, *inter alia,* breach of contract entered into by the owner of Gables Cellular Phones, Inc., "Yamilen Conde."  *Id.*

        13.     The Prather Civil Suit contained no specific allegations against the Debtor, JOSE CARVAJAL, and contained no claims against him for any personal obligation for the debt sought in the lawsuit.  *Id.*

        14.     On February 23, 2016, in spite of having no personal debt to the plaintiff in the Prather Civil Suit, in spite of not being identified as the owner of Gables Cellular Phones, Inc., and in spite of not even being a named party to the Prather Civil Suit, the Debtor, JOSE RAMON CARVAJAL, by and through his present attorney Diego German Mendez, filed a Suggestion of Bankruptcy in the County Court staying the action based on the stay entered into by this Bankruptcy Court.   A true and correct copy of the Suggestion of Bankruptcy is attached hereto as part of COMPOSITE EXHIBIT B.

        (B)     *Cobarex Int'l, Inc. v. Gables Cellular Phones, Inc. and Jose Carvajal*

        15.     On or about October 20, 2015, a civil lawsuit was file in the Miami-Dade County Court against Gables Cellular Phones, Inc. and the Debtor, JOSE CARVAJAL, to

wit: *Cobarex Int'l, Inc. v. Gables Cellular Phones, Inc. and Jose Carvajal*, Fla. 11th Cir., Miami-Dade County Case No.: 15-013046 SP 25 (hereinafter referred to as the "Cobarex Civil Suit"). A true and correct copy of the Complaint is attached hereto and marked as **COMPOSITE EXHIBIT C**.

16.    The Cobarex Civil Suit sought damages for, *inter alia,* breach of contract and for violation of Fla.Stat.§ 68.065 & 832.07 (issuance of dishonored check). *Id.*

17.    Issuing a check which is returned for insufficient funds is a third degree felony in the State of Florida (in accordance with Fla.Stat.§832.05(2)(b) (2016) and said act is also a third degree felony in the State of Florida if issued to obtain property in return for delivery of a worthless check (in accordance with Fla.Stat.§832.05(4)(a)(2016).

18.    On or about February 23, 2016, the Debtor, JOSE CARVAJAL, by and through his present attorney Diego German Mendez, filed a Suggestion of Bankruptcy in the County Court staying the action based on the stay entered into by this Bankruptcy Court. A true and correct copy of the Suggestion of Bankruptcy is attached hereto as part of **COMPOSITE EXHIBIT C**.

(C)    *Technotropolis, LLC. v. Gables Cellular Phones, Inc.*

19.    On or about July 18, 2014, a civil lawsuit was file in the Miami-Dade County Court against Gables Cellular Phones, Inc., to wit: *Prather v. Gables Cellular Phones, Inc*., Fla. 11th Cir., Miami-Dade County Case No.: 15-11094 SP 25 (hereinafter referred to as the "Technotropolis Civil Suit"). A true and correct copy of the Statement of Claim is attached hereto and marked as **COMPOSITE EXHIBIT D**.

20.    The Technotropolis Civil Suit sought damages for, *inter alia,* breach of contract entered into by the owner of Gables Cellular Phones, Inc., "Yamilen Conde." *Id.*

21.     The Technotropolis Civil Suit contained no specific allegations against the Debtor, JOSE CARVAJAL, and contained no claims against him for any personal obligation for the debt sought in the lawsuit.  *Id.*

22.     The Technotropolis Civil Suit sought damages for, conversion of property and breach of contract, and once again, for violation of Fla.Stat.§ 68.065 & 832.07 (issuance of dishonored check).  *Id.*

23.     Issuing a check which is returned for insufficient funds is a third degree felony in the State of Florida (in accordance with Fla.Stat.§832.05(2)(b) (2016) and said act is also a third degree felony in the State of Florida if issued to obtain property in return for delivery of a worthless check (in accordance with Fla.Stat.§832.05(4)(a)(2016).

24.     The conduct of the Debtor in issuing checks that are dishonored for insufficient funds demonstrates a patter of willful intent to defraud, which is a bad act that cannot and should not be rewarded by this Court by affording the Debtor protection under Chapter 13.

25.     Black011 asserts that for these additional reasons that it has demonstrated sufficient cause, pursuant to 11 USCS § 362(d)(1), to entitle it to relief from the automatic stay.

III.     <u>POST-PETITION DEBT INCURRED BY GABLES CELLULAR PHONES, INC.</u>

26.     As previously stated in Paragraph 1 above, on February 23, 2016, JOSE RAMON CARVAJAL ("Debtor") individually filed the Chapter 13 Voluntary Petition (ECF #1).

27.     *After filing the subject action*, the Debtor solicited Black011 to make several sales of products to Gables Cellular Phones, Inc., and from March 2016 through

May 2016, Black011 sold several products to Gables Cellular Phones, Inc., reflected in the attached eight (8) invoices, true and correct copies of which are attached hereto and marked as **COMPOSITE EXHIBIT E**.

28.     The invoices (Composite Exhibit E) were delivered to Coral Gables Cellular Phones, Inc., particularly to "Jose Carballo" – whom Black011 believes is a pseudonym used by the Debtor, JOSE RAMON CARVAJAL.  **EXHIBIT A**  at ¶ 10.

**29.**     Payment for services after the filing of the subject action (*i.e.,* post-petition debt) was made in part by Gables Cellular Phones, Inc. and Phones of Miami, Inc.  Redacted [1] copies of checks from Gables Cellular Phones, Inc. and Phones of Miami, Inc. are attached hereto and marked as **COMPOSITE EXHIBIT F.**

**30.**     The Division of Corporations of the Florida Department of State identifies the Debtor, JOSE R. CARVAJAL, as the president on Gables Cellular Phones, Inc. and Phones of Miami, Inc. A true and correct copy of the details of G from the Florida Department of State, Division of Corporation's online services, is attached hereto and marked as **COMPOSITE EXHIBIT G.**

31.     The amount of post-petition debt owed by Gables Cellular Phones, Inc. to Black011 is no less than $1,571.50.

32.     Black011, reasserts that it has demonstrated sufficient cause, pursuant to 11 USCS § 362(d)(1), to entitle it to relief from the automatic stay so that it can pursue litigation in state court against Gables Cellular Phones, Inc. for  the business debts owed to it.

---

[1]   The undersigned notes that only the account and routing numbers from checks numbered 5354 and 105, respectively.  Same have been redacted so as to protect the privacy rights of both entities and to keep same out of the public record.  Counsel notes that he is in possession of unredacted copies of said checks and will produce same should the Court direct him to do so.

## ARGUMENT

This Court, as a court of equity, enjoys broad discretion to determine what constitutes cause for granting relief from the automatic stay in the particular circumstance of each case.  In the instant action, the Court should grant Black011's Motion For Relief From Stay for several reasons.  First, because both the pre and post-petition debt incurred by Gables Cellular Phone, Inc. is not the personal debt of the Debtor.  Second, because the bankruptcy action was filed in bad faith in an attempt to have the Debtor's business debt improperly included in these Chapter 13 proceedings.  Third, because Gables Cellular Phones, Inc.'s history in Miami-Dade County and Circuit Courts evidence a history of bad acts whereby civil actions brought against it are improperly stayed based on disingenuously filed Suggestions of Bankruptcy which stay the state court actions.  Fourth, because the movant, Black011, has pre and post-petition debt that is owed by Gables Cellular Phones, Inc., not the Debtor, and it would be a miscarriage of justice to prohibit it from pursuing a civil remedy against said company for fear of the same bad act occurring, namely, the filing of a Suggestion of Bankruptcy and a stay in same (along with other possible sanctions for having done so without first seeking the permission of this Court to proceed).

For the reasons aforementioned, Black011 has demonstrated "cause" in accordance with 11 USCS § 362(d)(1) and Rule 4000-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of Florida; *see also,* In re Dixie Broadcasting, 871 F.2d 1023 (11th Cir. 1989). Accordingly, for the reasons asserted herein, Black011 prays for relief and argues its entitlement to seek relief from the automatic stay.

**WHEREFORE**, the movant, BLACK011 FLORIDA, LLC, respectfully requests that this Honorable Court Grant its Motion For Relief From Stay in the Chapter 13 action filed by the Debtor, JOSE RAMON CARVAJAL, and terminates the stay

**DATED**: August 8, 2016.

Respectfully submitted,

**REPPASLAW**
*Counsel for Karavias and Black011*
100 South Pine Island Road, Suite 202
Plantation, Florida  33324
Tel 305.822.8422
Eservice@ReppasLaw.com

By: ____/s/  Michael J. Reppas_____
**MICHAEL J. REPPAS, ESQ.**
Florida Bar No. 124702

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court by using the CM/ECF system, and that a true and correct copy was furnished to Nancy K. Neidich, Chapter 13 Trustee, and Diego Mendez, Esq., counsel for Debtor, by Notification of Electronic Filing on this 8th day of August, 2016.

By: ____/s/  Michael J. Reppas_____
**MICHAEL J. REPPAS, ESQ.**
Florida Bar No. 124702

---

.

# BLACK 011'S

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:
**JOSE RAMON CARVAJAL,**

Case No.: 16-12443-LMI
Chapter 13

Debtor.
_____/

## DECLARATION OF SPYROS ALEXANDER KARAVIAS

1.      My name is Spyros Alexander Karavias, a consultant and agent of Black011

Florida, LLC. This declaration is based on my personal knowledge of the facts and matters stated

herein.

2.      Black011 Florida, LLC, maintains a virtual office with a receptionist at 2525

Ponce De Leon Blvd., Suite 300, Miami, Florida 33134, but that receptionist is not authorized to

accept any legal documents on behalf of the business, nor is she designated to do so.

3.      Black011 Florida, LLC, has specifically designated a registered agent, pursuant to

Florida law, for purposes of accepting service of legal documents, and that registered agent is

Corporation Service Company, located at 1201 Hays Street, Tallahassee, Florida 32301.

4.      As an agent of Black011 Florida, LLC, the business became aware of the Motion

for Sanctions and Notice of Hearing on June 20, 2016, the same day the hearing was set to be

heard.

5.      I did not personally receive notice of the Motion for Sanctions or the Notice of

Hearing, but was informed of it by Black011 Florida, LLC on June 20, 2016.

6.      I first discovered that there was an Order of Sanctions against me on June 30,

2016.

7.      I immediately contacted and advised Black011 Florida, LLC that same day and obtained counsel.

8.      I have reviewed the bankruptcy documents that identify the debt that the Debtor claims he owes Black011 Florida, LLC, and affirmatively state that this debt is not owed by the Debtor.

9.      Black011 Florida, LLC, has done business with Gables Cellular Phone, Inc., since 2013, and the business does have outstanding debt with Black011 Florida, LLC.

10.     I understand that the Debtor, who identified himself to me as Jose Carballo, is president and director of Gables Cellular Phone, Inc., however he did not personally incur this debt that is reflected in his bankruptcy filings.

11.     I have no knowledge of where the Debtor lives and likewise have never been to the Debtor's house.

12.     I have never directed any agents of Black011 Florida, LLC, to go to the Debtor's house, nor am I aware that any agent has gone to the house.

13.     Any attempts at collecting a debt were related to the collection of the debt owed by Gables Cellular Phone, Inc., to Black011 Florida, LLC.

14.     Those attempts, made at the Debtor's place of business, were initiated by the Debtor he advised that Gables Cellular Phone, Inc., had money available to apply towards its debt to Black011 Florida, LLC.

15.     Also, those attempts were not to harass but to follow-up on payments due from Gables Cellular Phone, Inc., and to discuss new products, as is standard procedure in the business.

16.     Prior to the text message conversation between myself and the Debtor, we spoke on the phone where the Debtor then used profanity and threatened not only myself, but my family, my wife, and my place of work.

17.     This conversation, however, was not related to any debt that the Debtor has with Black011 Florida, LLC, because he has none.

18.     At present, Black011 Florida, LLC, still does business with Gables Cellular Phones, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8 July, 2016.

Spyros Alexander Karavias

# BLACK 011'S

# COMPOSITE EXHIBIT B

N THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | | | CASE NUMBER |
|---|---|---|---|
| ☒ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | | STATEMENT OF CLAIM<br>(File in Duplicate Plus One For Each Defendant) | 14-13570 SP 05 (08)<br>SECTION NO. |
| PLAINTIFF | | VS.   DEFENDANT(S) | CLOCK IN |
| Deborah Prather | | Gables Cellular Phones Inc | **FILED FOR RECORD**<br>2014 JUL 18 PM 1:46<br>CLERK<br>CIRCUIT & COUNTY<br>MIAMI-DADE COUNTY<br>CIVIL COURT'S DIVISION |
| The Plaintiff sues the Defendant for money<br>owed Plaintiff by Defendant; and which is past<br>due and unpaid: for (As marked (x) below): | | Address:<br>4767 SW 8 Street<br>Miami, FL 33134 | Phone Number:<br>305-6 |

☐ Good, wares and merchandise sold by plaintiff, to defendant;
☐ Work done and materials furnished by plaintiff, to defendant;
☐ Money lent by plaintiff to the defendant which is due and payable;
☒ Money due to plaintiff upon accounts stated and agreed to between them;
☐ On a written instrument, copy of which is attached hereto;
☐ Rent for certain premises in Miami-Dade County, Florida, Viz;
☐ Other (Explain)
☒ Any additional facts in connection with any of the above:
(USE ADDITIONAL SHEET IF NECESSARY)

$ 300.00
Issued 1
RSI.

LAKEISHA FIGUEROA

Defendant breached contract to purchase my cell phone business and stole chattel & all inventory. 9/18/13 Police stood by while I

removed only my files. 9/19/13 defendant verbally offered settlement again with office rental in unit. I refused the thieves. Evidence -

photos, witnesses, including attorney, Security, MDPD, Demand Letters sent, contract drawn by other party & texts between parties

Where Plaintiff demands judgment in the sum of $ _____5000.00_____ together with court costs and any further costs which the
Court may assess.

The Plaintiff, Deborah Prather _____ says the foregoing is a just and true statement of the amount owed

by defendant to plaintiff, exclusive of all lawful setoffs, and that defendant has no lawful defenses which would preclude the

collection of said amount.

Affiant states that the defendant(s) is/are not in the military service of the United States.

| Attorney/Plaintiff<br>Deborah Prather | Signature<br>Deborah Prather | Attorney's Bar No. |
|---|---|---|
| Address of Attorney/Plaintiff<br>8519 SW 113 Pl. Miami, FL 33165 | | Telephone No.<br>305-298-8101 |

The foregoing instrument was acknowledged before me this _____ day of _____, 20____ by

_____ who is personally known to me or who has produced _____ as identification

and did☒ / did not☐ take an oath.

SWORN TO AND SUBSCRIBED BEFORE ME this ___   JUL 1 8 2014   20____

| HARVEY RUVIN<br>CLERK OF COURTS | | NOTARY PUBLIC,<br>State of Florida _____<br>My Commission Expires: |
|---|---|---|

IMPORTANT. SEE REVERSE

SALE CONTRACT FOR PHONE MART LLC      08/30/2013

OWNER: DEBORAH PRATHER

9835 SW 72ST

MIAMI FL 33172

BUYING THE STORE WITH NO LIABILITY OF THE STORE PHONE MART LLC. WITH ANY MONEY OWED
ONLY RENT THAT WAS DUE IN AUGUST, 2013.

PROPERTY THAT COULD BE TAKEN OUT OF THE STORE IS PERSONAL ~~PAPERS~~ files, PRINTER, AND 2 DRAWERS.

WE NEED TO USE YOUR LICENSE UNTIL WE RECEIVE OURS. *Sales + Use tax shall*
*be prorated as well as business license fee*
PER OUR AGREEMENT YOU CAN BE IN OUR STORE FOR 1 YEAR RENT FREE. YOU MUST FOLLOW
REGULATIONS OF THE NEW STORE OWNER YAMILEN CONDE, AND ALSO AS NEW OWNER HAS THE
RIGHT IF THERE IS ANY INAPROPIATE BEHAVIOR OR ANY DISCUSSIONS WITH ANY PERSON IN THE
STORE DURING OR AFTER HOURS OF OPERATIONS I PERSUIT THE RIGHT TO TERMINATE AN
AGREEMENT TO LET MRS DEBORAH PRATHER STAY IN THE PROPERTY OF THE STORE.  TO RELEASE ALL
KEYS TO THE NEW OWNER OF THE STORE WITH ALARM CONDE. HOURS OF OPERATION ARE  9:00 AM
TO 7:00 PM MONDAY THRU SATURDAY.

IF MRS. YAMILEN CONDE DECIDES TO SELL THE STORE AT ANY TIME NO OBLIGATIONS TO COMPENSATE
IN ANY TERM OR WAY EVERYTHING IN THE STORE WILL BELONG TO GABLES CELLULAR INC. I HAVE NO
COPROMISE WITH MRS DEBORAH PRATHER IN CASE I SELL THE STORE BEFORE THE YEAR IS OVER. *Courtesy*
*30 day Notice*

PHONE MART SALE PRICE $3700.00 TO GABLES CELLULAR

| GABLES CELLULAR INC | PHONE MART LLC |
|---|---|
| 4767 SW 8 ST | 9835 SW 72 ST |
| MIAMI FL 33134 | MIAMI FL 33172 |
| OWNER: YAMILEN CONDE | OWNER: DEBORA PRATHER |
| DATE: _____ | DATE: _____ |
| SIGNATURE: | SIGNATURE: |

/    28                     8107562979257230047100000

## DEPOSIT BILL STATEMENT

8107 3

AUTO **CO 7350
1  152008

GABLES CELLULAR PHONE INC
9835 SW 72ND ST STE 105
MIAMI FL 33173-4648

**PLEASE FILL IN TOTAL AMOUNT PAID**

$ _____

Make check payable to FPL in U.S. funds
and mail along with this coupon to:

FPL
**GENERAL MAIL FACILITY**
**MIAMI  FL  33188-0001**

| ACCOUNT NUMBER | ISSUE DATE | CHARGES PAST DUE | AMOUNT DUE |
|----------------|------------|------------------|------------|
| 56297-92572 | SEP 13, 2013 | SEP 23, 2013 | $174.00 |

ENCLOSE TOP PORTION WHEN PAYING BY MAIL WITH CHECK.
Please bring entire bill when paying at a local pay

## CUSTOMER GUARANTEE DEPOSIT CERTIFICATE

**Account Number :** 56297-92572

Type : COMMERCIAL

Service Address : 9835 SW 72ND ST STE 105

Guarantee Deposit No. : 5215503

Deposit Amount : **$174.00**

Issue Date : 09-13-2013

**Payment Of Deposit Is Now Due**

GABLES CELLULAR PHONE INC

9835 SW 72ND ST STE 105

MIAMI        FL 33173

If you have made full payment, please accept
our thanks and disregard this notice.

Please retain this certificate and your receipt
or cancelled check when returned by the bank.

### NOT TRANSFERABLE BETWEEN INDIVIDUALS, PARTNERSHIPS OR CORPORATIONS

This deposit is to secure payment of any amount which may become due the Company by the Customer for service in the Customer's name at any or all premises the Customer may occupy, and may be used as if the Company were the absolute owner thereof.

The terms under which this deposit is made and accepted are:

Interest at the rate of 2% per annum will accrue on security deposits held by the Company 6 months after the deposit is paid. The interest shall be increased to 3% after a period of not less than 23 months of continuous service and a satisfactory payment record has been established for the last 12 months. After the account has been opened for 6 months, it will be reviewed and billed if the initial deposit is less than two months' average billing. After 12 months of continuous service, the deposit may be partially refunded if the deposit amount exceeds the amount of two average billing periods.

If payments are not received by the due date, the account may be subject to a deposit adjustment. The total amount of the deposit shall not exceed charges for two months' average billing.

Any deposit balance, plus interest, if any, remaining after settlement of all indebtedness will be refunded to the Customer.

USEFUL TELEPHONE NUMBERS
Customer Service: (305)442-0388
Outside Florida: 1-800-226-3545
Hearing/Speech Impaired: 711 (Relay Service)

June 5, 2014 · · VIA CERTIFIED MAIL RETURN RECEIPT
REQUESTED AND REGULAR U.S. MAIL

Gables Cellular,
4767 SW 8 St.,
Miami, 33134

Re: PHONE MART LLC

**The following confidential communication is intended only for settlement purposes and as an offer of compromise only, and may not be used for any other purpose than as intended. The following communication is privileged within the meaning and intent of Florida Statute §90.408 and other applicable law and may not be deemed as an admission against interest whether pursuant to Florida Statute §90.803(18) or otherwise.**

Dear Yamilen Conde & Jose et al,

Attorney, Robert Gonzalez, on retainer by Deborah Prather, sent you a demand letter on November 15, 2013, without reply. This is our final attempt with respect to the recovery of certain monies owed to; as well as the return of certain personal property that was taken unlawfully from said business.

The purpose of this letter is to propose a settlement demand to resolve the foregoing claims. The following demand anticipates a full and final settlement of any and all claims between the parties. In exchange for a general release to be given to you, demand is hereby made for the payment of $5,000.00, which is inclusive of all damages, known or unknown, costs and legal fees; as well as the return of the following: an inventory of cell phones, covers, cases, chargers, screen covers, memory cards, speakers, headphones, blue tooth headsets, computer monitors, computer hard drives, security cameras & video equipment, display cases, furniture, flat screen & console TV, slat walls, hooks, frames, signage, sim cards, file cabinets and my personal digital camera.

This settlement requires that you send the foregoing funds and personal property to within thirty-days of the date of this letter with said funds made payable to "Deborah Prather". We will hold a fully executed general release in trust and will send the same to you once the settlement funds clear account.

The foregoing settlement demand is an attempt to resolve this matter without the need for additional expense or litigation. Should you elect to reject this offer, please be advised that we will not be limited to the amount of the demand being made herein. In fact, there is little doubt that the damages to be demanded in any future litigation will be far in excess of the foregoing compromise being offered to you now. Accordingly, you are strongly urged to consider this settlement demand very carefully.

This letter is the final demand before a lawsuit is filed. This is an attempt to collect a debt, any information obtained will be used for that purpose. Please govern yourself accordingly.

Sincerely,

Cc: Robert F. Gonzalez, Esq.
Orshan Lithman Seiden Ramos Hatton & Huesmann LLP
Nicole Huesmann
150 Alhambra Cir Ste 1150,
Coral Gables,FL3313

Landlord Mirta Costa
3201 Coral Way
MIAMI, FL 33145



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| OFFICIAL USE | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To _Gables Cellular_

Street, Apt. No.; or PO Box No. _4727 SW 5 S_

City, State, ZIP+4 _Miami, FL 33137_

I, Deborah Prather, Plaintiff
Case # 14-13570 SP05
will be attending my son's & Stel
Graduation in Paris Island SC
Scheduled on Aug 29, 2014, I am
leaving town on Monday Aug. 25,
2014 to drive to the base for
family events which begin Aug
27, 2014.

FOR the reasons stated I respectfully
request an earlier or later court
date (the week prior to Aug 25
or the week following - Sept. 2).

Sincerely,

Deborah Prata

FILED
JUL 18 2014
HARVEY RUVIN
CLERK, CIRCUIT COUNTY COURT

LAKEISHA FIGUEROA

Filing # 38138066 E-Filed 02/23/2016 10:42:27 AM

CFN: 20160129109 BOOK 29983 PAGE 2171
DATE:03/02/2016 01:01:11 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

**Deborah Prather**
  Plaintiff,

vs.

**Seagull Charlie, LLC**
**Gables Cellular,**
**Jose Carvajal,**
  Defendant

_____/

IN THE COUNTY CIVIL FOR THE
ELEVENTH JUDICIAL CIRCUIT IN
AND FOR MIAMI-DADE COUNTY,
FLORIDA

CASE NO.: **14-013570-SP-05**

## SUGGESTION OF BANKRUPTCY

Defendant, **Jose Carvajal,** shows that Defendant has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Southern District of Florida that has been assigned Case Number **16-12443 LMI** and relief was ordered on February 23, 2016, and suggests that this action has been stayed by the operation of Title 11 U.S.C. § 362.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via email to clopez@lopezbest.com United States mail to Lopez & Best 2333 Brickell Ave Ste. A-1 Miami, FL 33129 on the 23th day of February 2016.

Respectfully submitted,

MENDEZ LAW OFFICES
Attorney for Defendant
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile:1. 305.809.8474
info@mendezlawoffices.com

By:_____
        DIEGO GERMAN MENDEZ
        FL BAR NO.: 52748

# BLACK 011'S

# COMPOSITE EXHIBIT C

IN THE COUNTY COURT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

COBAREX INTERNATIONAL, INC.,

CASE NO.:

v.                                    Plaintiff,

GABLES CELLULAR PHONES, INC., and          **COMPLAINT**
JOSE CARVAJAL,

Defendants.
_____/

Plaintiff, COBAREX INTERNATIONAL, INC. (hereinafter "COBAREX") sues Defendants,

GABLES CELLULAR PHONES, INC., (hereinafter "GABLES CELLULAR"), and JOSE CARVAJAL,

(hereinafter "CARVAJAL") and alleges that it is entitled to relief upon the following facts:

1.    This is an action for damages less than $5,000.00, exclusive of interest, costs and fees.

2.    COBAREX is a Florida corporation doing business in Miami-Dade County, Florida.

3.    GABLES CELLULAR is a Florida corporation doing business in Miami-Dade County,

Florida.

4.    CARVAJAL is a resident of Miami-Dade County, Florida and is *sui juris.*

5.    All conditions precedent to bringing this action have occurred or have been excused.

## COUNT I - BREACH OF CONTRACT

Plaintiff reaffirms and realleges paragraphs 1 through 5 above as if fully set forth herein.

6.    On or about January 25, 2014, parties entered into a agreement which is attached hereto as

Exhibit "A."

7.    COBAREX has performed all conditions precedent to payment under the subject agreement.

8.    GABLES CELLULAR has breached the agreement by failing to make full and final payment

to COBAREX.

9.    As a result of GABLES CELLULAR's failure to make payment in full, COBAREX has been

damaged in the amount of $1,516.16 which sum has been due and owing to COBAREX.

10.   COBAREX has been required to retain the undersigned counsel to maintain this action, and

has obligated itself to pay a reasonable attorney's fee.

WHEREFORE, Plaintiff, COBAREX INTERNATIONAL, INC., demands judgment against Defendant, GABLES CELLULAR PHONES, INC., for damages, attorneys' fees, costs, pre- and post-judgment interest, and such other and further relief as this Court deems proper.

## COUNT II - OPEN ACCOUNT

Plaintiff reaffirms and realleges paragraphs 1 through 5 above as if fully set forth herein.

11.     GABLES CELLULAR owes COBAREX $1,516.16 due with interest according to Invoices, which are attached hereto as Composite Exhibit "B."

12.     Pursuant to the terms and conditions of the agreement (Exhibit "A") accepted by GABLES CELLULAR, GABLES CELLULAR is responsible for paying COBAREX' reasonable attorney's fees and court costs incurred as a result of bringing this action. COBAREX has retained the services of the undersigned attorney and has obligated itself to pay him a reasonable fee.

WHEREFORE, Plaintiff, COBAREX INTERNATIONAL, INC., demands judgment against Defendant, GABLES CELLULAR PHONES, INC., for damages, attorneys' fees, costs, pre- and post-judgment interest, and such other and further relief as this Court deems proper.

## COUNT III - INSUFFICIENT FUNDS

Plaintiff reaffirms and realleges paragraphs 1 through 5 above as if fully set forth herein.

13.     COBAREX has complied with all statutory conditions precedent to Florida Statutes §68.065 before bringing this action, including providing GABLES CELLULAR with a thirty (30) day written notice of the non-sufficient funds transaction as evidenced by the letter and claimed return receipt attached hereto as Composite Exhibit "C."

14.     On July 16, 2015, GABLES CELLULAR executed a transaction for the payment of $1,216.16 in the form of an ACH, a copy the Return Item Report is attached hereto as Exhibit "D," payable to the order of PPN, an agent of COBAREX as set forth in Exhibit "A," and delivered to it.

15.     The transaction was processed for payment to the drawee bank but payment was returned.

16.     COBAREX has proof of the transaction and it has not been paid.

17.     GABLES CELLULAR owes COBAREX $1,216.16 that is due with interest from July 16, 2015 on the check.

18.     COBAREX is obligated to pay its attorney a reasonable fee for its services.

19.     COBAREX is entitled to damages of triple the amount owed by GABLES CELLULAR, court costs, service charges, and attorney's fees in accordance with Florida Statutes §68.065.

WHEREFORE, Plaintiff, COBAREX INTERNATIONAL, INC., demands judgment against Defendant, GABLES CELLULAR PHONES, INC., for damages, attorneys' fees, costs, pre- and post-judgment interest, and such other and further relief as this Court deems proper.

## COUNT III - BREACH OF GUARANTY

Plaintiff reaffirms and realleges paragraphs 1 through 5 above as if fully set forth herein.

20.     On or about January 25, 2014, CARVAJAL personally and individually, and on behalf of GABLES CELLULAR, executed and entered into a personal guaranty of payment as to all credit extended by COBAREX to GABLES CELLULAR. A copy of said personal guaranty is attached hereto as Exhibit "A."

21.     GABLES CELLULAR has an outstanding debt with COBAREX in the amount of $1,516.16. In spite of repeated demands for payment, CARVAJAL and GABLES CELLULAR have failed and refused to pay the debt to COBAREX.

22.     Pursuant to the terms and conditions of the guaranty agreement ( Exhibit "A") accepted by CARVAJAL, CARVAJAL is responsible for paying COBAREX' reasonable attorney's fees and court costs incurred as a result of bringing this action. COBAREX has retained the services of the undersigned attorney and has obligated itself to pay him a reasonable fee..

WHEREFORE, Plaintiff, COBAREX INTERNATIONAL, INC., demands judgment against Defendant, JOSE CARVAJAL, for damages, attorneys' fees, costs, pre- and post-judgment interest, and such other and further relief as this Court deems proper.

DATED _____10/20/15_____              **PATRICIA M. ARIAS, P.A.**
                                        Attorney for Plaintiff
                                        P.O. Box 557548
                                        Miami, Florida 33255
                                        Tel.:   (305) 858-5500
                                        Email:  pma@pariaslaw.com

                                        By:_____

                                        **Patricia M. Arias, Esq./FBN: 164003**

## POSA Application

### POSA Customer

| | | | |
|---|---|---|---|
| **CUSTOMER INFORMATION** | State Sales Tax # | | **TERMS:** |
| | Federal Sales Tax ID #: | | ☒ ACHing done at least twice weekly.<br>Invoices available via the web at: |
| Agent: | Parchaser is claiming exemption for the following reason:<br>Resale    Description of purchase: Prepaid LD/Cellular | | |

| | | |
|---|---|---|
| Business Name: _Gables Cellular Phone_ | | Email: _lokesupickimg@gahoo.com_ |
| Address: _4767 Sw 8th st_ | City: _coral Gables_ | |
| State: _FL_   Zip: _33154_ | Store Phone: _786-516-2076_   Fax: | |

Do you use a computer with internet connection at your point of sale:     YES   or   NO   (please circle one)

Do you have an Android Smartphone with WiFi or Data connection:     YES   or   NO   (please circle one)

### ACH & BANKING INFORMATION:

*Please include a copy of a voided check AND copy of Drivers License of Store Owner*

Bank Name _Wells Fargo_          Bank Phone _____

Bank Contact Name _____          Address _____

Account Name _Gables Cellular Phones_     Account Number ▮▮▮▮▮▮

Routing Number ▮▮▮▮▮▮

RETAILER: I, the undersigned, accept responsibility for security and accountability of all prepaid products sold. I authorize REAL Mobile (REAL), Cobarex ternational and/or its agents, including, Prepaynation (REAL/PPN) or any affiliate working on the behalf of REAL/PPN ( cumulatively REAL/REAL/PPN) to ithdraw funds out of the above account periodically for sales of product obtained from REAL/ REAL/PPN. Frequency of ACH may change if necessary. locumentation of ACH amounts and reporting of sales will be made available via Internet for FREE. A deposit may be required. I agree that any legal action oncerning this contract will be brought in the Pennsylvania District Court in Chester county, Pennsylvania and that this contract will be governed by the laws of the itate of Pennsylvania, which will include REAL/REAL/PPN right to recover reasonable attorney's fees. There will be a $30 fee for any returned draft or check iayment.

PERSONAL LIABILITY: The owner of the company takes sole responsibility of making sure all ACH Debits are successfully transferred to the bank of REAL/PPN. If any ACH Jebit fails regardless of bank error, Insufficient Funds, Etc the retailer agrees to be held personally responsible for any monies due to REAL/PPN. This agreement constitutes that if ionies aren't paid in full within 10 Business Days (unless otherwise agreed upon in writing) REAL/PPN and its underlying companies have the right to take legal action against the wner of the company at the owner's expense, go into retail location and collect in equal amount of merchandise valued by REAL/PPN and it's partners, or any other way they may ee fit to deem appropriate to collect their funds due.

ssued to Seller: REAL/PPN
Address: 1055 Westlakes Drive, Suite 300, Berwyn, PA 19312

certify that:     Name of Firm (Buyer): see merchant info above     is engaged as a registered

☒ Wholesaler ☐ Retailer __ ☐ Manufacturer __ ☐ Seller ☐ Lessor _ ☐ Other (Specify)_____ and is registered with the below isted states and cities within which your firm would deliver purchases to us and that any such purchases are for wholesale, resale, ingredients or :omponents of a new product or service to be resold, leased, or rented in the normal course of business. We are in the business of wholesaling, etailing, manufacturing, leasing (renting) the following: Description of Business:_____ General lescription of tangible property or taxable services to be purchased from the seller: **Prepaid Calling Cards, Prepaid Wireless Refills, Prepaid Wireless Handsets, other Prepaid Products.** I further certify that if any property or service so purchased tax free is used or consumed by the irm as to make it subject to a Sales or use Tax we will pay the tax due directly to the proper taxing authority when state law so provides or nform the seller for added tax billing. This certificate shall be a part of each order which we may hereafter give to you, unless otherwise pecified, and shall be valid until canceled by us in writing or revoked by the city or state.

Jnder penalties of perjury, I swear or affirm that the information on this form is true and correct as to every material matter.

SIGNATURE _____          TITLE _Dui_          DATE _1-20-14_

Print Name _Jose Carvajal_

# EXHIBIT A



# POS Invoice Statement

7095, Sunset DR

Miami, FL 33143

| | |
|---|---|
| Statement Date | July 15, 2015 |

Gables Cellular Phones

4767 SW 8th St

Coral Gables, FL 33134

| | |
|---|---|
| Invoice Id | 126413 |
| Dealer ID | 2098 |
| Total Amount Due | $1,216.16 |

## Payment Summary

| Payment # | Method | Amount | Status | Bank | A/c # |
|---|---|---|---|---|---|

## Summary - Sales, Refund and Chargebacks

| | Trx Count | Retail | Discount | Fee | Cost |
|---|---|---|---|---|---|
| Sales | 37 | $1,332.99 | $116.83 | $0.00 | 1216.16 |
| **Totals** | **37** | **$1,332.99** | **116.83** | **0.00** | **$1,216.16** |

## Summary - Sales by Sku

| Product Name | Unit Value | Trx Count | Quantity | Retail | Discount | Fee | Cost |
|---|---|---|---|---|---|---|---|
| T-Mobile US | $50.00 | 1 | - | $50.00 | $0.60 | $0.00 | $49.40 |
| AT&T | - | 1 | - | $50.00 | $6.00 | $0.00 | $44.00 |
| H2O PIN US | $60.00 | 1 | 1 | $60.00 | $4.50 | $0.00 | $55.50 |
| Simple Mobile RTR | $25.00 | 1 | - | $25.00 | $2.31 | $0.00 | $22.69 |
| Simple Mobile RTR | $40.00 | 6 | - | $240.00 | $22.20 | $0.00 | $217.80 |
| Net 10 PIN US - Refill Only | $50.00 | 2 | 2 | $100.00 | $6.00 | $0.00 | $94.00 |
| Simple Mobile RTR | $50.00 | 1 | - | $50.00 | $4.63 | $0.00 | $45.38 |
| Lyca Unlimited National Plans | $29.00 | 2 | - | $58.00 | $5.22 | $0.00 | $52.78 |
| Lycamobile Unlimited International Plans | $39.00 | 2 | - | $78.00 | $7.02 | $0.00 | $70.98 |
| Real Mobile Pin | $30.00 | 3 | 3 | $90.00 | $10.80 | $0.00 | $79.20 |
| Real Mobile Pin | $55.00 | 1 | 1 | $55.00 | $6.60 | $0.00 | $48.40 |
| Net 10 PIN US - Refill Only | $40.00 | 1 | 1 | $40.00 | $2.50 | $0.00 | $37.50 |
| Lyca Unlimited National Plans | $23.00 | 9 | - | $207.00 | $18.63 | $0.00 | $188.37 |
| Lyca Unlimited National Plans | $35.00 | 4 | - | $140.00 | $12.60 | $0.00 | $127.40 |
| Lyca Unlimited National Plans | $55.00 | 1 | - | $55.00 | $4.95 | $0.00 | $50.05 |
| Red Pocket Universal | $34.99 | 1 | 1 | $34.99 | $2.27 | $0.00 | $32.72 |
| **Totals** | | **37** | **9** | **$1,332.99** | **116.83** | **0.00** | **$1,216.17** |

# COMPOSITE EXHIBIT B



# POS Invoice Statement

| | |
|---|---|
| Statement Date | 07/23/2015 |
| Invoice ID | 127355 |

**7095, Sunset DR**

| | |
|---|---|
| Dealer ID | 2098 |

**Miami FL 33143**

| | |
|---|---|
| Invoice Amount | $300.30 |

    Gables Cellular Phones

| | |
|---|---|
| Period Start | 07/16/2015 |

    4767 SW 8th St

| | |
|---|---|
| Period Ending | 07/22/2015 |

    Coral Gables FL 33134

| | |
|---|---|
| Balance | Not Available |

## Period Summary

**No Payment information is found for this invoice**

## Summary - Sales, Refund & Chargebacks

| | Txn Count | Retail | Discount | Fee | Cost |
|---|---|---|---|---|---|
| **Sales** | 7 | $300.00 | $29.70 | $0.00 | $270.30 |
| **Finance** | 1 | $30.00 | $0.00 | $0.00 | $30.00 |
| **Totals** | 8 | $330.00 | $29.70 | $0.00 | $300.30 |

## Summary - Sales By Sku

| Product | Retail | Trx Count | Qty | Retail Value | Dicount | Fee | Cost |
|---|---|---|---|---|---|---|---|
| Simple Mobile RTR | $25.00 | 1 | | $25.00 | $2.13 | $0.00 | $22.88 |
| Simple Mobile RTR | $40.00 | 1 | | $40.00 | $3.40 | $0.00 | $36.60 |
| Finance Transaction | $0.01 | 1 | 3000 | $30.00 | $0.00 | $0.00 | $30.00 |
| Real Mobile Pin | $55.00 | 2 | 2 | $110.00 | $13.20 | $0.00 | $96.80 |
| Lyca Unlimited National Plans | $35.00 | 2 | | $70.00 | $6.30 | $0.00 | $63.70 |
| Simple Mobile PIN-Refill Only | $55.00 | 1 | 1 | $55.00 | $4.68 | $0.00 | $50.33 |
| **Totals** | | | | $330.00 | $29.71 | $0.00 | $300.31 |

# COMPOSITE EXHIBIT B

LAW OFFICES OF
# PATRICIA M. ARIAS, P.A.

P.O. Box 557548
Miami, Florida 33255

TEL: (305) 858-5500
E-MAIL: pma@pariaslaw.com
Licensed in Florida

### NOTICE OF DISHONORED ORDER OF PAYMENT
(Pursuant to Florida Statutes § 68.065 & 832.07)
### CERTIFIED MAIL, RETURN RECEIPT REQUESTED AND U.S. MAIL

To:   Jose Carvajal
      Gables Cellular Phones, Inc.
      4767 Southwest 8th Street
      Coral Gables, Florida 33134

YOU ARE HEREBY notified that a order of payment transaction no. 021214860006423 in the amount of $1,216.16 issued by you on July 16, 2015 issued from the WELLS FARGO Acct: XXXXXX5119, and payable to PPN, has been dishonored, returned and rejected. Pursuant to Florida law, you have thirty (30) days from receipt of this notice to tender payment in cash of the full amount of the order of payment plus a service charge of $25.00, if the face value does not exceed $50.00, $30.00, if the face value exceeds $50.00 but does not exceed $300.00, $40.00, if the face value exceeds $300.00, or 5% of the face amount of the check, whichever is greater, the total amount due being $1,276.96. Unless this amount is paid in full within the thirty (30) day period, the holder of the order of payment or instrument may file a civil action against you for three times the amount of the order of payment, but in no case less than $50.00, in addition to the payment of the order of payment plus any court costs, reasonable attorney fees, and any bank fees incurred by the payee in taking the action.

Additionally, unless $1,276.96 is paid in full within the time specified above, the holder of such order of payment may turn over the dishonored, returned and rejected order of payment and all other available information relating to this incident to the State Attorney for criminal prosecution.

If you dispute the debt in whole or in part within thirty (30) days of the date set forth above, I will mail verification of the debt to you. If you do not dispute the debt or any part thereof within thirty (30) days of the date set forth above, we will assume it to be valid.

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Dated _____07/26/15_____.

PATRICIA M. ARIAS, P.A.

By:_____

Patricia M. Arias, Esq.
Florida Bar No: 164003

PMA/
Certified Mailing No.: 7013 1710 0001 7624 3690

# COMPOSITE EXHIBIT C

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Jose Carvajal<br>Gables Cellular Phones, Inc.<br>4767 Southwest 8ᵗʰ Street<br>Coral Gables, Florida 33134 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:   ☐ No<br><br><br>3. Service Type<br>☐ Certified Mail®   ☐ Priority Mail Express®<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ Collect on Delivery<br>4. Restricted Delivery? *(Extra Fee)*    ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7013 1710 0001 7624 3690 |
| PS Form 3811, July 2013 | Domestic Return Receipt |

# COMPOSITE EXHIBIT C

Cross River Bank, Teaneck NJ
## RETURN ITEM REPORT

This is to notify you that an ACH item has been returned. Further action should occur within the NACHA rule guidelines.

### ORIGINATOR OF ORIGINAL ITEM

| | |
|---|---|
| Company Name: | Prepay Nation |
| Company Discretionary Data: | |
| Company ID: | 1272006422 |
| Company Descriptive Date: | 150721 |
| Company Entry Description: | PPN Airtim |
| Originating DFI RTN: | 021214862 |

### ORIGINAL ITEM INFORMATION

| | |
|---|---|
| Original RDFI ID: | 063107513 |
| Receiver Account Number: | |
| Individual ID Number: | 2098 |
| Receiving Company Name: | Gables Cellular Phones |
| Standard Entry Class Code: | CCD |
| Amount: | $1,216.16 |
| Effective Entry Date: | July 21, 2015 |

### TRACE NUMBERS

| | |
|---|---|
| Return: | 091000017557060 |
| Original: | 021214860006916 |

### RETURN INFORMATION

| | |
|---|---|
| Return Reason Code: | R08 |
| Return Reason Code Description: | PAYMENT STOPPED |
| Return Settlement Date: | July 23, 2015 |
| Transaction Code: | 26 |
| Transaction Description: | Demand Debit - Auto Return or NOC |

The above data is translated according to NACHA standards. If it does not appear accurate, please contact the financial institution that originated this return item.

# EXHIBIT D

Filing # 38137091 E-Filed 02/23/2016 10:33:26 AM

CFN: 20160111715 BOOK 29973 PAGE 169
DATE:02/23/2016 01:48:50 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE C

**COBAREX INTERNATIONAL INC**

IN THE CIRCUIT COURT FOR THE
ELEVENTH JUDICIAL CIRCUIT IN
AND FOR MIAMI-DADE COUNTY,
FLORIDA

Plaintiff,

vs.

**Jose Carvajal,**
Defendant

CASE NO.: 15-13046-SP-25

_____/

## SUGGESTION OF BANKRUPTCY

Defendant, **Jose Carvajal,** shows that Defendant has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Southern District of Florida that has been assigned Case Number **16-12443 LMI** and relief was ordered on February 23, 2016, and suggests that this action has been stayed by the operation of Title 11 U.S.C. § 362.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via email to pma@pariaslaw.com United States mail to Patricia M. Arias, P.A. P.O. Box 557548, Miami, Fl. 33255on the 19th day of February 2016.

Respectfully submitted,

MENDEZ LAW OFFICES
Attorney for Defendant
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile:1. 305.809.8474
info@mendezlawoffices.com

By:_____

DIEGO GERMAN MENDEZ
FL BAR NO.: 52748

# BLACK 011'S

# COMPOSITE EXHIBIT D

IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | STATEMENT OF CLAIM | CASE NUMBER |
|---|---|---|
| ☐ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | (File in Duplicate Plus One For Each Defendant) | 15  11094 SP 25<br>SECTION NO. |

| PLAINTIFF | VS.   DEFENDANT(S) | CLOCK IN |
|---|---|---|
| Tecnotropolis IIC | Gables Cellular Phones INC | FILED FOR RECO... |

The Plaintiff sues the Defendant for money owed Plaintiff by Defendant; and which is past due and unpaid; for (As marked (x) below):

Address:
4767 SW 8St
Coral Gables FL 33134

Phone Number:
786 447 2159
786 332 51 61

☐ Good, wares and merchandise sold by plaintiff, to defendant;
☐ Work done and materials furnished by plaintiff, to defendant;
☐ Money lent by plaintiff to the defendant which is due and payable;
☐ Money due to plaintiff upon accounts stated and agreed to between them;
☐ On a written instrument, copy of which is attached hereto;
☐ Rent for certain premises in Miami-Dade County, Florida, Viz;
☑ Other (Explain)
☐ Any additional facts in connection with any of the above:

1 ISS. M
Sheriff
300.00

(USE ADDITIONAL SHEET IF NECESSARY)
We sell phones to Gables Cellular Phone INC 4 Samsung G9000 S5 and 2 IPhone 6 of 16GB in 2 INVOICE 1035 and 1041 and Gables Cellular Phones refused to pay us and they gave us a bad check

Where Plaintiff demands judgment in the sum of $ 4990 together with court costs and any further costs which the Court may assess.

The Plaintiff, Tecnotropolis llc says the foregoing is a just and true statement of the amount owed by defendant to plaintiff, exclusive of all lawful setoffs, and that defendant has no lawful defenses which would preclude the collection of said amount.

Affiant states that the defendant(s) is/are not in the military service of the United States.

| Attorney/Plaintiff<br>Charles Sakkal | Signature | Attorney's Bar No. |
|---|---|---|
| Address of Attorney/Plaintiff<br>2051 NW 112th Ave Suite 119 Miami FL 33172 | | Telephone No.<br>786 332 2876 |

The foregoing instrument was acknowledged before me this 31st day of Aug, 20 16 by
Charles Aref Sakkal Klaraa who is personally known to me or who has produced FL DL as identification
and did ☑ did not ☐ take an oath.
SWORN TO AND SUBSCRIBED BEFORE ME this 31st day of August, 20 16

SILVIO ORTEGA
MY COMMISSION # FF 230007
EXPIRES: July 26, 2019

| HARVEY RUVIN<br>CLERK OF COURTS | Deputy Clerk | NOTARY PUBLIC,<br>State of Florida<br>My Commission Expires: 07/26/2019 |
|---|---|---|

**IMPORTANT: SEE REVERSE**

CLK/CT. 333 Rev. 05/11                    Clerk's web address: www.miami-dadeclerk.com

| SERVICE OF PROCESS<br>☐ PROCESS SERVER<br>☐ SHERIFF<br>☐ MAIL | FILING FEE AMOUNT | RECEIPT NUMBER |
|---|---|---|

NOTE:   If the claim is based upon a written document, a copy, or the material part thereof, shall be attached to the statement of claim.

### INSTRUCTION SHEET
### IMPORTANT

YOU MUST advise the Clerk, in writing, of any change in your mailing address.

If you are a DEFENDANT and fail to appear on the designated date, in person or by an attorney, a judgment may be entered against you.

Plaintiff(s) will not be entitled to a default or judgment in the absence of an affidavit regarding the defendant's military status in compliance with applicable law. This form, if sworn to, will meet the above requirements.

If you are a PLAINTIFF and fail to appear on the designated date, in person or by an attorney, this case may be dismissed for Want of Prosecution.

Any claim of the Defendant against the Plaintiff, arising out of the same transaction or occurrence which is the subject matter of plaintiff's claim, shall be filed not less than 5 days prior to the appearance date, or within such times as the Court designates. When a counterclaim or set-off exceeds the jurisdiction of the Court, it shall be filed in writing before or at the pretrial hearing, and the action shall then be transferred to the Court having jurisdiction thereof. As evidence of good faith, the counter-claimant shall deposit a sum sufficient to pay the filing fee in the Court to which the case is to be transferred with his counterclaim.

FAILURE TO MAKE THE DEPOSIT WAIVES THE RIGHT TO TRANSFER.

TRIAL BY JURY may be had upon written demand by Plaintiff made at the commencement of the action or by any defendant within 5 days after service of the notice to appear or at the Pretrial Conference. If the demand is not made, the right to trial by jury is waived.

If at any time in the proceedings a settlement is reached between the parties, this office should be notified in writing by the Plaintiff.

If you have any questions regarding procedures, this office will assist you. This office cannot furnish legal advice to you. Please consult your attorney for legal advice.

### CAUTION

A copy of any paper that you file at any time with the Clerk or Judge **MUST** be sent by you to each attorney appearing in the case, if any, or to all parties not represented by an attorney. You must set forth the date and to whom you sent the copy (or copies) of the paper filed, which would be followed by your signature.

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

# BLACK 011'S

# COMPOSITE EXHIBIT E

**Print Now**

**Black011 Florida LLC**
2525 Ponce De Leon Blvd, Suite 300
Coral Gables, FL 33134
Phone: (305) - 200 - 8700
Fax: (305) - 328 - 4521

# Black011.com>

| Invoice # | 4719645 |
|-----------|---------|
| Invoice Date | 03/14/2016( Mon ) |

Bill To:
(MGC) Jose Carballo
4761 SW 8th St
Miami, FL 33034
Phone: (786) - 447 - 2459

## Invoice Detail

| Invoice Date | 03/14/2016( Mon. ) | Invoice Amount | $ 471.90 |
|--------------|--------------------|----------------|----------|
| Sales Period | 03/07/2016 ~ 03/13/2016 | Paid with ACH | $ 471.90 |
| Pay Option | ACH | | |
| Carry-Over Invoice Balance | $ 0.00 | | |
| Total Sales Amount | $ 502.00 | | |
| Net Payable Amount | $ 481.90 | | |
| Total Void Amount | $ 0.00 | | |
| Total Refund by Void | $ 0.00 | | |
| Total A.R Residual | $ 0.00 | | |
| Promotion Amount | $ -10.00 | | |

| Total Due: | $ 471.90 |
|------------|----------|
| Paid: | |

## Signature

| Date/Time | Order # | User | Product | Phone/PIN | Amount | Net Payable | Margin |
|-----------|---------|------|---------|-----------|--------|-------------|--------|
| 03/07 09:50:13 | 64596 | mbw_system | EasyGo Activation $20 (7852182806) | | $ 20.00 | $ 20.00 | $ 0.00 |
| 03/07 11:15:14 | 25110887 | joseblack | Lyca Mobile | ******7765 | $ 39.00 | $ 36.76 | $ 2.24 |
| 03/07 11:23:08 | 25110991 | joseblack | easyGO Unlimited | ******1841 | $ 20.00 | $ 18.90 | $ 1.10 |
| 03/07 11:24:10 | 25111004 | joseblack | Lyca Mobile | ******3994 | $ 23.00 | $ 21.68 | $ 1.32 |
| 03/08 10:28:16 | 25120534 | joseblack | easyGO Unlimited | ******4987 | $ 20.00 | $ 18.90 | $ 1.10 |
| 03/08 17:34:09 | 25125382 | joseblack | Simple Unlimited TTD | ******8173 | $ 40.00 | $ 38.40 | $ 1.60 |
| 03/10 14:27:10 | 25140752 | joseblack | Lyca Mobile | ******4739 | $ 23.00 | $ 21.68 | $ 1.32 |
| 03/11 16:25:32 | 25151245 | joseblack | Boost | | $ 48.00 | $ 47.52 | $ 0.48 |
| 03/11 17:17:53 | 25152141 | joseblack | Lyca Mobile | ******5609 | $ 49.00 | $ 46.18 | $ 2.82 |
| 03/11 17:43:00 | 25152630 | joseblack | T-Mobile | ******1507 | $ 50.00 | $ 49.50 | $ 0.50 |
| 03/12 12:05:26 | 25160144 | joseblack | H2O Monthly | ******6998 | $ 30.00 | $ 28.05 | $ 1.95 |
| 03/12 15:55:58 | 25163735 | joseblack | Lyca Mobile | ******1990 | $ 35.00 | $ 32.99 | $ 2.01 |
| 03/13 14:32:23 | 25173423 | joseblack | T-Mobile | ******0294 | $ 50.00 | $ 49.50 | $ 0.50 |
| 03/13 15:11:31 | 25174044 | joseblack | Lyca Mobile | ******3480 | $ 55.00 | $ 51.84 | $ 3.16 |
| | | | | **Total:** | $ 502.00 | $ 481.90 | $ 20.10 |

Print Now

**Black011 Florida LLC**
2525 Ponce De Leon Blvd, Suite 300
Coral Gables, FL 33134
Phone: (305) - 200 - 8700
Fax: (305) - 328 - 4521

# Black011.com>

| Invoice # | **4773365** |
|-----------|-------------|
| Invoice Date | **03/28/2016( Mon )** |

Bill To:
(MGC) Jose Carballo
4761 SW 8th St
Miami, FL 33034
Phone: (786) - 447 - 2459

## Invoice Detail

| Invoice Date | 03/28/2016( Mon. ) | Invoice Amount | $ 167.80 |
|--------------|--------------------|----------------|----------|
| Sales Period | 03/21/2016 ~ 03/27/2016 | Paid with ACH | $ 167.80 |
| Pay Option | ACH | | |
| Carry-Over Invoice Balance | $ 0.00 | | |
| Total Sales Amount | $ 180.00 | | |
| Net Payable Amount | $ 177.80 | | |
| Total Void Amount | $ 0.00 | | |
| Total Refund by Void | $ 0.00 | | |
| Total A.R Residual | $ 0.00 | | |
| Promotion Amount | $ -10.00 | | |

| Total Due: | **$ 167.80** |
|------------|--------------|
| Paid: | |

### Signature

| Date/Time | Order # | User | Product | Phone/PIN | Amount | Net Payable | Margin |
|-----------|---------|------|---------|-----------|--------|-------------|--------|
| 03/23 09:48:43 | 25277672 | joseblack | T-Mobile | ******1308 | $ 40.00 | $ 39.60 | $ 0.40 |
| 03/23 09:50:27 | 25277680 | joseblack | T-Mobile | ******2657 | $ 50.00 | $ 49.50 | $ 0.50 |
| 03/24 11:12:05 | 25287211 | joseblack | easyGO Unlimited | ******8282 | $ 20.00 | $ 18.90 | $ 1.10 |
| 03/24 14:41:03 | 65591 | mbw_system | H2O Portin $50 (3059101195) | | $ 50.00 | $ 50.00 | $ 0.00 |
| 03/26 11:22:36 | 25307379 | joseblack | Nauta Cuba | ****************m.cu | $ 20.00 | $ 19.80 | $ 0.20 |
| | | | | **Total:** | **$ 180.00** | **$ 177.80** | **$ 2.20** |

**Print Now**

**Black011 Florida LLC**
2525 Ponce De Leon Blvd, Suite 300
Coral Gables, FL 33134
Phone: (305) - 200 - 8700
Fax: (305) - 328 - 4521

# Black011.com

| | |
|---|---|
| Invoice # | 4746540 |
| Invoice Date | 03/21/2016( Mon ) |

Bill To:
(MGC) Jose Carballo
4761 SW 8th St
Miami, FL 33034
Phone: (786) - 447 - 2459

## Invoice Detail

| Invoice Date | 03/21/2016( Mon. ) | Invoice Amount | $ 274.26 |
|---|---|---|---|
| Sales Period | 03/14/2016 ~ 03/20/2016 | Paid with ACH | $ 274.26 |
| Pay Option | ACH | | |
| Carry-Over Invoice Balance | $ 0.00 | | |
| Total Sales Amount | $ 293.00 | | |
| Net Payable Amount | $ 274.26 | | |
| Total Void Amount | $ 0.00 | | |
| Total Refund by Void | $ 0.00 | | |
| Total A.R Residual | $ 0.00 | | |
| Promotion Amount | $ 0.00 | | |

| | |
|---|---|
| Total Due: | $ 274.26 |
| Paid: | |

## Signature

| Date/Time | Order # | User | Product | Phone/PIN | Amount | Net Payable | Margin |
|---|---|---|---|---|---|---|---|
| 03/14 10:32:31 | 25181047 | joseblack | Simple Unlimited TTD | | $ 55.00 | $ 52.80 | $ 2.20 |
| 03/14 12:30:16 | 25182614 | joseblack | Lyca Mobile | ******8999 | $ 23.00 | $ 21.68 | $ 1.32 |
| 03/14 13:34:57 | 25183511 | joseblack | T-Mobile | ******8935 | $ 50.00 | $ 49.50 | $ 0.50 |
| 03/14 14:12:58 | 25184052 | joseblack | Real Mobile Talk & Text | | $ 40.00 | $ 37.00 | $ 3.00 |
| 03/14 14:14:11 | 25184072 | joseblack | Real Mobile Talk & Text | | $ 55.00 | $ 50.88 | $ 4.12 |
| 03/15 16:19:40 | 25196876 | joseblack | AT & T Go | ******9735 | $ 50.00 | $ 43.50 | $ 6.50 |
| 03/16 18:34:27 | 25208631 | joseblack | easyGO Unlimited | ******5017 | $ 20.00 | $ 18.90 | $ 1.10 |
| | | | | **Total:** | $ 293.00 | $ 274.26 | $ 18.74 |

**Print Now**

**Black011 Florida LLC**
2525 Ponce De Leon Blvd, Suite 300
Coral Gables, FL 33134
Phone: (305) - 200 - 8700
Fax: (305) - 328 - 4521

# Black011.com

| Invoice # | 4800135 |
|---|---|
| Invoice Date | 04/04/2016( Mon ) |

Bill To:
(MGC) Jose Carballo
4761 SW 8th St
Miami, FL 33034
Phone: (786) - 447 - 2459

### Invoice Detail

| Invoice Date | 04/04/2016( Mon. ) | Invoice Amount | $ 123.91 |
|---|---|---|---|
| Sales Period | 03/28/2016 ~ 04/03/2016 | Paid with ACH | $ 123.91 |
| Pay Option | ACH | | |
| Carry-Over Invoice Balance | $ 0.00 | | |
| Total Sales Amount | $ 134.00 | | |
| Net Payable Amount | $ 123.91 | | |
| Total Void Amount | $ 0.00 | | |
| Total Refund by Void | $ 0.00 | | |
| Total A.R Residual | $ 0.00 | | |
| Promotion Amount | $ 0.00 | | |

| Total Due: | $ 123.91 |
|---|---|
| Paid: | |

### Signature

| Date/Time | Order # | User | Product | Phone/PIN | Amount | Net Payable | Margin |
|---|---|---|---|---|---|---|---|
| 03/29 14:24:45 | 25341692 | joseblack | AT&T Open Ranges | ******4356 | $ 45.00 | $ 39.15 | $ 5.85 |
| 04/01 11:07:08 | 25366238 | joseblack | Simple Unlimited T&T | ******7309 | $ 25.00 | $ 24.00 | $ 1.00 |
| 04/01 11:08:10 | 25366242 | joseblack | Simple Unlimited T&T | ******7309 | $ 25.00 | $ 24.00 | $ 1.00 |
| 04/02 13:11:21 | 25379720 | joseblack | Lyca Mobile | ******4036 | $ 39.00 | $ 36.76 | $ 2.24 |
| | | | | **Total:** | **$ 134.00** | **$ 123.91** | **$ 10.09** |

**Print Now**

Black011 Florida LLC
2525 Ponce De Leon Blvd, Suite 300
Coral Gables, FL 33134
Phone: (305) - 200 - 8700
Fax: (305) - 328 - 4521

# *Black011*.com>

| Invoice # | 4827021 |
|---|---|
| Invoice Date | 04/11/2016( Mon ) |

Bill To:
(MGC) Jose Carballo
4761 SW 8th St
Miami, FL 33034
Phone: (786) - 447 - 2459

## Invoice Detail

| | | | |
|---|---|---|---|
| Invoice Date | 04/11/2016( Mon. ) | Invoice Amount | $ 154.80 |
| Sales Period | 04/04/2016 ~ 04/10/2016 | Paid with ACH | $ 154.80 |
| Pay Option | ACH | | |
| Carry-Over Invoice Balance | $ 0.00 | | |
| Total Sales Amount | $ 170.00 | | |
| Net Payable Amount | $ 164.80 | | |
| Total Void Amount | $ 0.00 | | |
| Total Refund by Void | $ 0.00 | | |
| Total A.R Residual | $ 0.00 | | |
| Promotion Amount | $ -10.00 | | |

| Total Due: | $ 154.80 |
|---|---|
| Paid: | |

### Signature

| Date/Time | Order # | User | Product | Phone/PIN | Amount | Net Payable | Margin |
|---|---|---|---|---|---|---|---|
| 04/04 12:46:04 | 25400420 | joseblack | T-Mobile | ******9698 | $ 50.00 | $ 49.50 | $ 0.50 |
| 04/07 09:39:52 | 25425397 | joseblack | easyGO Unlimited | ******1841 | $ 20.00 | $ 18.90 | $ 1.10 |
| 04/07 11:39:53 | 66490 | mbw_system | EasyGo Activation $20 (3056135388) | | $ 20.00 | $ 20.00 | $ 0.00 |
| 04/07 13:30:52 | 25427439 | joseblack | T-Mobile | ******5559 | $ 50.00 | $ 49.50 | $ 0.50 |
| 04/08 11:43:13 | 25435416 | joseblack | easyGO Unlimited | ******4987 | $ 20.00 | $ 18.90 | $ 1.10 |
| 04/09 11:32:07 | 25446931 | joseblack | Black011 ILD | ******7800 | $ 10.00 | $ 8.00 | $ 2.00 |
| | | | | **Total:** | $ 170.00 | $ 164.80 | $ 5.20 |

**Print Now**

**Black011 Florida LLC**
2525 Ponce De Leon Blvd, Suite 300
Coral Gables, FL 33134
Phone: (305) - 200 - 8700
Fax: (305) - 328 - 4521

# Black011.com>

| Invoice # | 4853764 |
|---|---|
| Invoice Date | 04/18/2016( Mon ) |

Bill To:
(MGC) Jose Carballo
4761 SW 8th St
Miami, FL 33034
Phone: (786) - 447 - 2459

## Invoice Detail

| | | | |
|---|---|---|---|
| Invoice Date | 04/18/2016( Mon. ) | Invoice Amount | $ 343.58 |
| Sales Period | 04/11/2016 ~ 04/17/2016 | Paid with ACH | $ 343.58 |
| Pay Option | ACH | | |
| Carry-Over Invoice Balance | $ 0.00 | | |
| Total Sales Amount | $ 360.00 | | |
| Net Payable Amount | $ 343.78 | | |
| Total Void Amount | $ 0.00 | | |
| Total Refund by Void | $ 0.00 | | |
| Total A.R Residual | $ 0.00 | | |
| Promotion Amount | $ -0.20 | | |

| Total Due: | $ 343.58 |
|---|---|
| Paid: | |

## Signature

| Date/Time | Order # | User | Product | Phone/PIN | Amount | Net Payable | Margin |
|---|---|---|---|---|---|---|---|
| 04/12 15:30:53 | 25482267 | joseblack | CUBACEL NO FEE | *******1221 | $ 20.00 | $ 19.80 | $ 0.20 |
| 04/12 15:32:05 | 25482276 | joseblack | CUBACEL NO FEE | *******9699 | $ 20.00 | $ 19.80 | $ 0.20 |
| 04/12 19:26:44 | 25485437 | joseblack | CUBACEL NO FEE | *******6077 | $ 20.00 | $ 19.80 | $ 0.20 |
| 04/12 19:27:55 | 25485462 | joseblack | CUBACEL NO FEE | *******4782 | $ 20.00 | $ 19.80 | $ 0.20 |
| 04/13 12:37:45 | 25489417 | joseblack | Real Mobile Talk & Text | | $ 40.00 | $ 37.00 | $ 3.00 |
| 04/13 17:05:25 | 25492112 | joseblack | Boost | | $ 48.00 | $ 47.52 | $ 0.48 |
| 04/14 09:39:33 | 25496654 | joseblack | CUBACEL NO FEE | *******5769 | $ 20.00 | $ 19.80 | $ 0.20 |
| 04/14 13:03:47 | 25498421 | joseblack | Black011 ILD | *******6316 | $ 10.00 | $ 8.00 | $ 2.00 |
| 04/14 16:24:42 | 25500359 | joseblack | Black011 ILD | *******2459 | $ 10.00 | $ 8.00 | $ 2.00 |
| 04/14 17:02:36 | 25500795 | joseblack | T-Mobile | *******8935 | $ 50.00 | $ 49.50 | $ 0.50 |
| 04/15 12:41:12 | 25507326 | joseblack | CUBACEL NO FEE | *******7302 | $ 20.00 | $ 19.80 | $ 0.20 |
| 04/15 16:06:35 | 25509980 | joseblack | CUBACEL NO FEE | *******5769 | $ 20.00 | $ 19.80 | $ 0.20 |
| 04/15 16:09:29 | 25510000 | joseblack | CUBACEL NO FEE | *******0966 | $ 20.00 | $ 19.80 | $ 0.20 |
| 04/16 10:55:52 | 25518127 | joseblack | Orange Dominican Republic | *******4586 | $ 22.00 | $ 19.36 | $ 2.64 |
| 04/16 15:50:00 | 25522083 | joseblack | Black011 ILD | *******6280 | $ 20.00 | $ 16.00 | $ 4.00 |

**Total:** $ 360.00 $ 343.78 $ 16.22

Print Now

**Black011 Florida LLC**
2525 Ponce De Leon Blvd, Suite 300
Coral Gables, FL 33134
Phone: (305) - 200 - 8700
Fax: (305) - 328 - 4521

# Black011.com

| Invoice # | 4880548 |
|---|---|
| Invoice Date | 04/25/2016( Mon ) |

Bill To:
(MGC) Jose Carballo
4761 SW 8th St
Miami, FL 33034
Phone: (786) - 447 - 2459

## Invoice Detail

| Invoice Date | 04/25/2016( Mon. ) | Invoice Amount | $16.35 |
|---|---|---|---|
| Sales Period | 04/18/2016 ~ 04/24/2016 | Paid with ACH | $16.35 |
| Pay Option | ACH | | |
| Carry-Over Invoice Balance | $0.00 | | |
| Total Sales Amount | $20.00 | | |
| Net Payable Amount | $16.35 | | |
| Total Void Amount | $0.00 | | |
| Total Refund by Void | $0.00 | | |
| Total A.R Residual | $0.00 | | |
| Promotion Amount | $0.00 | | |

| Total Due: | $16.35 |
|---|---|
| Paid: | |

### Signature

| Date/Time | Order # | User | Product | Phone/PIN | Amount | Net Payable | Margin |
|---|---|---|---|---|---|---|---|
| 04/22 14:36:16 | 25576746 | joseblack | Black011 ILD | ******4593 | $10.00 | $8.00 | $2.00 |
| 04/23 12:29:27 | 25587056 | joseblack | Tigo Honduras - CA | ****6651 | $5.00 | $4.35 | $0.65 |
| 04/23 12:30:20 | 25587074 | joseblack | Black011 ILD | ******7800 | $5.00 | $4.00 | $1.00 |
| | | | | **Total:** | $20.00 | $16.35 | $3.65 |

Print Now

**Black011 Florida LLC**
2525 Ponce De Leon Blvd, Suite 300
Coral Gables, FL 33134
Phone: (305) - 200 - 8700
Fax: (305) - 328 - 4521

**Black011**.com

| Invoice # | **4907418** |
|---|---|
| Invoice Date | **05/02/2016( Mon )** |

Bill To:
(MGC) Jose Carballo
4761 SW 8th St
Miami, FL 33034
Phone: (786) - 447 - 2459

Invoice Detail

| Invoice Date | 05/02/2016( Mon. ) | Invoice Amount | $ 18.90 |
|---|---|---|---|
| Sales Period | 04/25/2016 ~ 05/01/2016 | Paid with ACH | $ 18.90 |
| Pay Option | ACH | | |
| Carry-Over Invoice Balance | $ 0.00 | | |
| Total Sales Amount | $ 20.00 | | |
| Net Payable Amount | $ 18.90 | | |
| Total Void Amount | $ 0.00 | | |
| Total Refund by Void | $ 0.00 | | |
| Total A.R Residual | $ 0.00 | | |
| Promotion Amount | $ 0.00 | | |

| Total Due: | **$ 18.90** |
|---|---|
| Paid: | |

Signature

| Date/Time | Order # | User | Product | Phone/PIN | Amount | Net Payable | Margin |
|---|---|---|---|---|---|---|---|
| 04/26 10:49:51 | 25616083 | joseblack | easyGO Unlimited | ••••••8282 | $ 20.00 | $ 18.90 | $ 1.10 |
| | | | | **Total:** | **$ 20.00** | **$ 18.90** | **$ 1.10** |

# BLACK 011'S

# COMPOSITE EXHIBIT F



**PHONES OF MIAMI INC**    03-16

4767 SW 8 ST

MIAMI, FL 33134

(786) 518-2078

105

63-1482/670

4821

_Abril 4/2016_

Date

Pay to the Order of _Black O11_    $ 1245.69

_Mil doucets eluneta y eueo 69/Dollars_

**Bank**

America's Most Convenient Bank®

For _39317, 39476, 39149_

# BLACK 011'S

# COMPOSITE EXHIBIT G



| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

## **Detail by Entity Name**

### **Florida Profit Corporation**

GABLES CELLULAR PHONES INC

### **Filing Information**

| | |
|---|---|
| **Document Number** | P12000094378 |
| **FEI/EIN Number** | 46-1383622 |
| **Date Filed** | 11/13/2012 |
| **State** | FL |
| **Status** | ACTIVE |

### **Principal Address**

4767 SW 8 ST
CORAL GABLES, FL 33134

### **Mailing Address**

4767 SW 8 ST
CORAL GABLES, FL 33134

### **Registered Agent Name & Address**

CARVAJAL, JOSE
4767 SW 8 ST
CORAL GABLES, FL 33134

Name Changed: 04/29/2014

### **Officer/Director Detail**

### **Name & Address**

Title PD

CARVAJAL, JOSE
4767 SW 8 ST
CORAL GABLES, FL 33134

### **Annual Reports**

| **Report Year** | **Filed Date** |
|---|---|
| 2013 | 04/29/2013 |
| 2014 | 04/29/2014 |
| 2015 | 04/30/2015 |

### **Document Images**

| | |
|---|---|
| 04/30/2015 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2014 -- ANNUAL REPORT | View image in PDF format |

Copyright © and Privacy Policies
State of Florida, Department of State



# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

## Detail by Entity Name

### Florida Profit Corporation

PHONES OF MIAMI INC

### Filing Information

| | |
|---|---|
| **Document Number** | P16000015187 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 02/16/2016 |
| **State** | FL |
| **Status** | ACTIVE |

### Principal Address

4767 SW 8 ST
MIAMI, FL 33134

### Mailing Address

4767 SW 8 ST
MIAMI, FL 33134

### Registered Agent Name & Address

CARVAJAL, JOSE R
4767 SW 8 ST
MIAMI, FL 33134

### Officer/Director Detail

**Name & Address**

Title P

CARVAJAL, JOSE R
4767 SW 8 ST
MIAMI, FL 33134

### Annual Reports

**No Annual Reports Filed**

### Document Images

02/16/2016 -- Domestic Profit     View image in PDF format

Copyright © and Privacy Policies
State of Florida, Department of State